UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEROY COLLINS,**

    **Plaintiff,**

    **v.**

**WARDEN, LONDON CORRECTIONAL INSTITUTION,** *et al.***,**

    **Defendants.**

Civil Action 2:12-cv-1093
Judge George C. Smith
Magistrate Judge Deavers

## ORDER

This matter is before the Court for consideration of the December 7, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 4). Following an initial screen pursuant to 28. U.S.C. § 1915(e), the Magistrate Judge recommended dismissal of Plaintiff's purported claims against Defendant Timmerman-Cooper for failure to monitor inmate complaints. (*Id.* at 6-7). Specifically, the Magistrate Judge concluded that Plaintiff failed to state a claim upon which relief may be granted against Defendant Timmerman-Cooper because Plaintiff failed to allege sufficient personal involvement and deprivation of a right secured by the Constitution, both of which are required for a plaintiff to properly assert a claim under 42 U.S.C. § 1983. (*Id.* at 5-7).

In her Report and Recommendation, the Magistrate Judge specifically informed the parties that "the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at 8.) The time period for filing objections to the Report and

Recommendation has expired.  No party has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge. Noting that no objections have been filed and that the time for filing objections has expired, the Court **ADOPTS** the Report and Recommendation.  (ECF No. 4).  Accordingly, Plaintiff's claims against Defendant Timmerman-Cooper are **DISMISSED**.  At this juncture, Plaintiff may proceed with his claims against the remaining Defendants.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**